### J. M. LISENBEE v. THE STATE.

No. 2947. Decided January 21, 1914.

**Food Law—Misdemeanor—Statement of Facts—Bills of Exception.**

Where the purported statement of facts and bills of exception were not filed within time in the County Court, the same can not be considered on appeal, and in the absence thereof, the case must be affirmed; the information charging an offense under the law.

Appeal from the County Court of Shackelford. Tried below before the Hon. J. A. King.

Appeal from a conviction of selling meat of animal which had died otherwise than by slaughter; penalty, a fine of $25.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was prosecuted and convicted of a misdemeanor, and his punishment assessed at a fine of $25.

The term of court at which appellant was tried adjourned September 27th. The statement of facts and bills of exception in this case were not filed until October 24th. As the statement of facts and bills of exception were not filed within the time permitted by law, we can not consider them. In the absence of a statement of facts and bills of exception no error is presented, as the information charges an offense under the law, and the court submits this offense to the jury.

The judgment is affirmed.

*Affirmed.*